IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Linda Wood,                                   ) | |
| ) | C/A No. 2:10-0509-MBS |
| Plaintiff,          ) | |
| ) | |
| vs.                                           ) | |
| ) | **O R D E R** |
| Commissioner of Social Security   ) | |
| Administration,                            ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

     Plaintiff Linda Wood filed the within action on March 4, 2010, seeking judicial review of a final decision of Defendant Commissioner of Social Security denying disability insurance benefits and supplemental security income.

     In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Bruce H. Hendricks for pretrial handling. February 23, 2011, the Magistrate Judge issued a Report and Recommendation in which she determined that the decision of the Commissioner should be affirmed. Plaintiff filed no objection to the Report and Recommendation.

     The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of a timely filed objection, a district court need not conduct a de

novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005).

The court has carefully reviewed the record and concurs in the recommendation of the Magistrate Judge. The court adopts the Report and Recommendation and incorporates it herein by reference. The decision of the Commissioner is **affirmed**.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

March 17, 2011.